IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MARVIN C. GILL,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D14-5250

JULIE L. JONES, SECRETARY,
FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

Opinion filed July 8, 2015.

Petition for Writ of Certiorari -- Original Jurisdiction.

Marvin C. Gill, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Shirley Wilson Durham, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

ROBERTS, C.J., THOMAS and RAY, JJ., CONCUR.